Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
MICHAEL W. CARRUTH, ESQ. (SBN 246483)
3638 American River Drive
Sacramento, California 95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430

Attorneys for Defendants, BROAN-NUTONE, LLC, a Delaware corporation and JAKEL MOTORS INCORPORATED, a Wisconsin corporation.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| EMPLOYERS' FIRE INSURANCE COMPANY, a Massachusetts corporation; and GENERAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BROAN-NUTONE, LLC, a Delaware limited liability company; JAKEL MOTORS INCORPORATED, a Wisconsin corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-01550-JAM-JFM<br><br>**STIPULATION TO REVISE THE PRE-TRIAL SCHEDULING ORDER AND ORDER**<br><br>Judge: Honorable John A. Mendez |

The parties to this matter, Defendants BROAN-NUTONE, LLC, JAKEL INDUSTRIES, INC., and JAKEL MOTORS, INC., together with Plaintiffs EMPLOYERS' FIRE INSURANCE COMPANY and GENERAL INSURANCE COMPANY OF AMERICA, hereby stipulate and agree to revise the dates and deadlines contained within the Court's Pre-Trial Scheduling Order. These changes are necessary and are for good cause because of conflicting events in advance of the expert disclosure deadlines.

The Court has provided its input as to an adjusted schedule for the management of this litigation. This schedule alters various deadlines in advance of trial but did not change the existing trial date. The agreed-upon schedule is described as follows:

/////

PDF created with pdfFactory trial version www.pdffactory.com

| **Event** | **Deadline** |
|---|---|
| Plaintiff Expert Disclosure | April 19, 2011 |
| Defendant Expert Disclosure | May 20, 2011 |
| Rebuttal Expert Disclosure | June 20, 2011 |
| Non-Expert Discovery Cut-Off | September 16, 2011 |
| Expert Discovery Cut-Off | September 16, 2011 |
| Dispositive Motion Filing Deadline | October 19, 2011 |
| Dispositive Motion Hearing | November 16, 2011, 9:30 a.m. |
| Joint Pretrial Conference Statement | January 27, 2012 |
| Final Pretrial Conference | February 3, 2012, 10:00 a.m. |
| Trial | July 16, 2012, 9:00 a.m. |

**IT IS THEREFORE HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that the pre-trial schedule shall be adjusted as described above.

DATED: March 17, 2011        MATHENY SEARS LINKERT & JAIME LLP


By: /s/ Michael W. Carruth
    RICHARD S. LINKERT
    MICHAEL W. CARRUTH
    Attorney for Defendants BROAN-NUTONE, LLC
    AND JAKEL MOTORS INCORPORATED

DATED: March 17, 2011        COZEN O'CONNOR


By: /s/ Blanca Quintero
    BLANCA QUINTERO
    Attorney for Plaintiffs EMPLOYERS' FIRE INSURANCE
    Company and General insurance company of
    America

**IT IS SO ORDERED.**

Dated: March 18, 2011        /s/ John A. Mendez
                             HONORABLE JOHN A. MENDEZ
                             JUDGE OF THE UNITED STATES DISTRICT
                             COURT, EASTERN DISTRICT OF CALIFORNIA

2

*STIPULATION TO REVISE PRE-TRIAL SCHEDULING ORDER AND PROPOSED ORDER*

PDF created with pdfFactory trial version www.pdffactory.com