Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
MICHAEL W. CARRUTH, ESQ. (SBN 246483)
3638 American River Drive
Sacramento, California  95864
Telephone:     (916) 978-3434
Facsimile:      (916) 978-3430

Attorneys for Defendants, BROAN-NUTONE, LLC, a
Delaware corporation and JAKEL MOTORS
INCORPORATED, a Wisconsin corporation.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| EMPLOYERS' FIRE INSURANCE COMPANY, a Massachusetts corporation; and GENERAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BROAN-NUTONE, LLC, a Delaware limited liability company and JAKEL MOTORS INCORPORATED, a Wisconsin corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-01550-JAM-JFM<br><br>**STIPULATION TO EXTEND DEFENDANTS' EXPERT DISCLOSURE DEADLINE AND ORDER**<br><br>Judge: Honorable John A. Mendez |

The parties to this matter, Defendants BROAN-NUTONE, LLC and JAKEL MOTORS, INC., (hereinafter "Defendants"), together with Plaintiffs EMPLOYERS' FIRE INSURANCE COMPANY and GENERAL INSURANCE COMPANY OF AMERICA, hereby stipulate and agree to continue Defendants' Rule 26 Expert Disclosure Deadline.  This continuance is necessary and for good cause because of the unavailability of certain of Defendant's experts for deposition within the existing deadlines and difficulty of coordinating the parties' schedules.

Pursuant to the recently modified Status (Pre-Trial Scheduling) Order in this matter dated June 7, 2011, Defendants are to disclose their experts on July 18, 2011.  Defendants are in the

PDF created with pdfFactory trial version www.pdffactory.com

process of deposing Plaintiffs' eight damages experts as well as two relevant percipient witnesses in advance of that July 18, 2011 deadline.  The parties have had some difficulty scheduling the depositions of Plaintiffs' experts and coordinating the schedules of counsel within that existing deadline.  One very relevant expert is unavailable for personal reasons while another significant percipient witness has been nonresponsive to contact from counsel.  The parties have thus agreed to extend the deadline for Defendants to provide their Expert Disclosures for an additional two weeks to August 1, 2011.

**IT IS THEREFORE HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that Defendants Expert Disclosures will be due on August 1, 2011.

DATED: JULY 8, 2011                MATHENY SEARS LINKERT & JAIME LLP


By: /S/ Michael W. Carruth
    RICHARD S. LINKERT
    MICHAEL W. CARRUTH
    Attorney for Defendants
    BROAN-NUTONE, LLC and JAKEL
    MOTORS INCORPORATED


DATED: JULY 8, 2011                COZEN O'CONNOR


By: /S/ Blanca Quintero
    BLANCA QUINTERO
    Attorney for Plaintiffs
    EMPLOYERS' FIRE INSURANCE
    COMPANY AND GENERAL INSURANCE
    COMPANY OF AMERICA

IT IS SO ORDERED.

DATED:  JULY 11, 2011              /S/ JOHN A. MENDEZ
    JOHN A. MENDEZ
    UNITED STATES DISTRICT JUDGE

*STIPULATION TO EXTEND DEFENDANTS EXPERT DISCLOSURE DEADLINES*

PDF created with pdfFactory trial version www.pdffactory.com