Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
MICHAEL W. CARRUTH, ESQ. (SBN 249263)
3638 American River Drive
Sacramento, California  95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430

Attorneys for Defendants, BROAN-NUTONE, LLC, a Delaware corporation and JAKEL MOTORS INCORPORATED, a Wisconsin corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| EMPLOYERS' FIRE INSURANCE COMPANY, a Massachusetts corporation; and GENERAL INSURANCE COMPANY OF AMERICA, a Washington corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> BROAN-NUTONE, LLC, a Delaware limited liability company; JAKEL MOTORS INCORPORATED, a Wisconsin corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:10-cv-01550-JAM-JFM <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Judge: Honorable John A. Mendez |

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED:  November 29, 2011                MATHENY SEARS LINKERT & JAIME LLP


                                          By: _____
                                             RICHARD S. LINKERT
                                             MICHAEL W. CARRUTH
                                             Attorney for Defendants BROAN-NUTONE,
                                             LLC AND JAKEL MOTORS
                                             INCORPORATED

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: November ___ 2011 | COZEN O'CONNOR |
| | By: _____ |
| | BLANCA QUINTERO |
| | Attorney for Plaintiffs EMPLOYERS' FIRE INSURANCE COMPANY and GENERAL INSURANCE COMPANY OF AMERICA |

**IT IS SO ORDERED.**

Dated: **12/6/2011**          <u>**/s/ John A. Mendez**</u>
                                             HONORABLE JOHN A. MENDEZ
                                             JUDGE OF THE UNITED STATES DISTRICT
                                             COURT, EASTERN DISTRICT OF CALIFORNIA

PDF created with pdfFactory trial version www.pdffactory.com